UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

CHRISTOPHER K. ROY,

    Plaintiff,

v.

LVN WEST, et al.,

    Defendants.

No. C 10-0175 PJH (PR)

**ORDER FOR DISPOSITIVE MOTION**

This is a civil rights case filed pro se by a state prisoner. The sole defendant in this case was served on August 23, 2012, and filed an answer on September 6, 2012. However, defendant has not filed a dispositive motion or informed the court that the case cannot be resolved by summary judgment, as set forth in the service order. Defendant shall file a dispositive motion or inform the court that no motion will be filed within twenty-eight (28) days.

**IT IS SO ORDERED.**

Dated: December 11, 2012.

    PHYLLIS J. HAMILTON
    United States District Judge